January 31, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

REUBEN COLBERT, Appellant

NO. 14-11-00573-CR                    V.

THE STATE OF TEXAS, Appellee

_____

This court today heard a motion for rehearing filed by appellant Rueben Colbert.  We order that the former judgment of December 20, 2012, be vacated, set aside, and annulled.  We further order the Memorandum Opinion of December 20, 2012, be withdrawn, as stated in our Substitute Memorandum Opinion.

This cause was heard on the transcript of the record of the court below. Having considered the record, this Court holds that there was no error in the judgment. The Court orders the judgment **AFFIRMED**.

We further order this decision certified below for observance.